IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

RICKEY WHITE,

    Petitioner,

v.

    Case No. 24-CV-332-JFH-DES

CASEY HAMILTON, Warden,

    Respondent.

## OPINION AND ORDER

Petitioner Rickey White ("White") filed a motion requesting the Court to appoint counsel in this habeas corpus matter. Dkt. No. 12. He bears the burden of convincing the Court that his claim has sufficient merit to warrant such appointment. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The Court has carefully reviewed the merits of White's claims, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering White's ability to present his claims and the complexity of the legal issues raised by the claims, the Court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

IT IS THEREFORE ORDERED that Petitioner White's motion for appointment of counsel [Dkt. No. 12] is DENIED.

Dated this 19th day of November 2024.

                                                    _____
                                                    JOHN F. HEIL, III
                                                    UNITED STATES DISTRICT JUDGE